IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cr-00426-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ROMERO,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring a United States Marshal or any authorized officer to produce the above-referenced defendant before a United States Magistrate Judge, forthwith, for proceedings and appearances upon the charge(s) aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 17th day of December, 2009.

BY THE COURT:

_____
DAVID L. WEST
UNITED STATES MAGISTRATE
DISTRICT OF COLORADO

xc:    Dondi Osborne, AUSA
       Eric Naber, DUSM, SA Troy Cook, BIA