IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00426-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD ROMERO,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion to Withdraw [Docket No. 31] of counsel for defendant. It is

    ORDERED that a hearing on the motion to withdraw [Docket No. 31] is set for **April 5, 2010 at 2:30 p.m.**

    DATED March 26, 2010.