# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal No. 09-CR-00426-PAB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. RONALD ROMERO,**

**Defendant.**

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant requested that the hearing on Defendant's Motion for Bail [Doc. #46] that was set for June 7, 2010 at 3:00 p.m. in Durango, Colorado be continued because he was in trial in Denver today, therefore:

**IT IS HEREBY ORDERED** the parties shall contact the Court at a later date to reschedule the hearing on Defendant's Motion for Bail [Doc. #46].

**DATED: June 7, 2010.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**