IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00426-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD ROMERO,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the trial preparation conference previously scheduled for **Friday, June 11, 2010 at 8:00 a.m.** is VACATED. The trial preparation conference will take place following the motions hearing set for **Thursday June 10, 2010 at 8:00 a.m.**

    DATED June 8, 2010.