IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00426-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD ROMERO,

    Defendant.
_____

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____

Upon application of the defendant and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce the material witness, CRESENCIO DEIGO ETEEYAN, y/o/b 1980, inmate number 53527, before United States District Judge Philip A. Brimmer, on Tuesday, August 31, 2010, at 1:00 p.m., for the trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

DATED August 24, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge