IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00426-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RONALD ROMERO,

      Defendant.

_____

### MINUTE ORDER

_____

**Entered by Judge Philip A. Brimmer**

      This matter comes before the Court on defendant's ex parte Motion for Appointment of Appellate Counsel Pursuant to the Criminal Justice Act [Docket No. 185].  Given that a basis for the motion relates to effectiveness of trial counsel and given that, at the sentencing hearing, defendant expressed his desire that defense counsel be allowed to withdraw immediately and that the Clerk of the Court be directed to file a notice of appeal on his behalf, it is

      ORDERED that defendant's ex parte Motion for Appointment of Appellate Counsel Pursuant to the Criminal Justice Act [Docket No. 185] is granted.  It is further

      ORDERED that Joseph Saint-Veltri is withdrawn from representation of defendant.  It is further

      ORDERED that the Clerk of the Court is directed to file a Notice of Appeal on behalf of defendant within 14 days after entry of judgment.

      DATED November 23, 2010.