# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 22, 2015 |
| Court Reporter: Janet Coppock | Time: 40 minutes |
| Probation Officer: Erika Hitti | Interpreter: n/a |

## CASE NO.  09-CR-00426-PAB

<u>Parties</u>                                                      <u>Counsel</u>

**UNITED STATES OF AMERICA,**                 Dondi Osborne

      Plaintiff,

vs.

**RONALD ROMERO,**                                 Robert Berger

      Defendant.

---

### HEARING ON REVOCATION OF SUPERVISED RELEASE

---

**9:06 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Ms. Osborne appears via video conference. Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Second Amended Supervised Release Violation Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
09-CR-00426-PAB
May 22, 2015

Mr. Berger advises the Court that the defendant is prepared to admit to alleged violations and wishes to proceed to immediate sentencing.

No objection by Ms. Osborne.

Defendant **ADMITS** to the violations alleged in the Second Amended Supervised Release Violation Report.

Mr.Berger addresses sentencing.

Defendant addresses the Court.

Argument by Ms. Osborne in support of the Government's Motion for Non-Guideline Sentence Upon Revocation of Supervised Release and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Supervised Release is **REVOKED**.

**ORDERED:**   Government's Motion for Non-Guideline Sentence Upon Revocation of Supervised Release [Docket No. 249], is **DENIED**.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **21** months, to be served consecutive to sentence of imprisonment imposed in La Plata County District Court, Case No. 2014-CR-93.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**9:46 a.m.      COURT IN RECESS**

**Total in court time:    40 minutes**

**Hearing concluded**